■ In the Matter of ROBERT RODRIGUEZ, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, et al., Respondents. [873 NYS2d 230]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [John W. Grow, J.], entered August 6, 2008) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.